UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80087-CIV-ZLOCH

NANCY FRITZ, on behalf of
herself and all others
similarly situated,

     Plaintiff,

vs.                                                              **FINAL ORDER OF DISMISSAL**

THE INTERIORS GROUP, INC.,
a Florida corporation,

     Defendant.
_____/

THIS MATTER is before the Court upon the Joint Motion For Entry Of Order Approving Settlement And Dismissing Case With Prejudice (DE 13).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court has scrutinized the terms of the Parties' settlement agreement for fairness, and finds that it is in accord with the requirements set out in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.  The Joint Motion For Entry Of Order Approving Settlement And Dismissing Case With Prejudice (DE 13) be and the same is hereby **GRANTED;**

2.  The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3.   To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of May, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2